# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## OCALA DIVISION

**UNITED STATES OF AMERICA**

**-vs-**                                         **Case Number: 5:02-cr-72-Oc-10GRJ**

**ROBERT HOLMES III**

                                                 **USM Number: 43107-018**

                                                 Rick Carey, FPD
                                                 201 SW Second Street Suite 102
                                                 Ocala, Florida 34474

## JUDGMENT IN A CRIMINAL CASE
### For Revocation of Supervised Release

The defendant admitted guilt to violation charge numbers One through Eight of the term of supervision. The defendant is adjudicated guilty of these violation charge numbers:

| Violation Charge Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Failure to submit month reports in violation of Condition 2 of the Standard Conditions of Supervision | June 5, 2008 |
| 2 | Failure to submit month reports in violation of Condition 2 of the Standard Conditions of Supervision | July 5, 2008 |
| 3 | Failure to follow the instructions of the probation officer, in violation of Condition 3 of the Standard Conditions of Supervision, and in violation of the Conditions of Bond Release ordered on June 17, 2008 | June 26, 2008 |
| 4 | Failure to follow the instructions of the probation officer, in violation of Condition 3 of the Standard Conditions of Supervision, and in violation of the Conditions of Bond Release ordered on June 17, 2008 | July 1, 2008 |
| 5 | Positive urinalysis for marijuana on November 20, 2007, in violation of Condition 7 of the Standard Conditions of Supervision | November 20, 2007 |
| 6 | Positive urinalysis for marijuana on April 22, 2008, in violation of Condition 7 of the Standard Conditions of Supervision | April 22, 2008 |
| 7 | Positive urinalysis for marijuana on June 17, 2008, in violation of Condition 7 of the Standard Conditions of Supervision | June 17, 2008 |
| 8 | Failure to participate in drug aftercare treatment in violation of the Special Condition of Supervision by Modification Order on December 6, 2007 | May 8, 2008 |

The defendant is sentenced as provided in the following pages of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

ROBERT HOLMES III  
5:02-cr-72-Oc-10GRJ

**IT IS ORDERED** that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Date of Imposition of Sentence: July 31, 2008

_____  
UNITED STATES DISTRICT JUDGE

August 7, 2008

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **4 Months** with no further period of supervised release to follow.

It is FURTHER ORDERED that upon release from imprisonment, Defendant is released from further supervision by the court.

The defendant is remanded to the custody of the U.S. Marshal.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____

UNITED STATES MARSHAL

By:_____  
Deputy U.S. Marshal

AO 245B (Rev. 6/05) Judgment in a Criminal Case